## No. 7388.

### MARIA L. BILLINGTON vs. BARBIN, SHERIFF, ET AL.

In order to make a valid seizure of movables, they must be taken into actual possession by the sheriff.  The continued possession of such property by the seized debtor, and

Barth vs. Bone.

his full and undisturbed use of it, are incompatible with the actual possession by the sheriff requisite to a valid seizure.

APPEAL from the District Court for Avoyelles. YOIST, J.

*Irion* for Plaintiff Appellant. *Ducotè* and *Overton* for Defendants.

MARR, J., delivered the opinion, reversing the judgment.